UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:10-cv-04187 |
| § | |
| $36,331.00 IN U.S. CURRENCY § | |
| Defendant in rem. § | |

### GOVERNMENT'S CERTIFICATE OF
### PERSONS WITH FINANCIAL INTEREST

I certify that United States of America, Plaintiff, and potential claimant Blessing Isiguzo may have a financial interest in the outcome of this litigation.

Respectfully submitted,
José Angel Moreno
United States Attorney

By: s/ Albert Ratliff
Albert Ratliff
Attorney-in-Charge
NY Bar No. 1073907
SDTX Bar No. 6764
Assistant United States Attorney
United States Attorney's Office
P. O. Box 61129
Houston, Texas  77208
(713) 567-9579
(713) 718-3300 fax