UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> Plaintiff § <br> § <br> v. § <br> § <br> $36,331.00 IN U.S. CURRENCY, § <br> Defendant § | CIVIL ACTION NO. 4:10-cv-04187 |

**AGREED FINAL JUDGMENT**

It is ORDERED that:

1. $18,165.50 of Defendant in rem is forfeited to the United States. The United States Department of Homeland Security shall legally dispose of these funds;

2. The United States Department of Homeland Security shall return to Blessing Isiguzo, Claimant, $18,165.50 of Defendant in rem (less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect) by sending a check payable to Blessing Isiguzo, c/o Joseph Albert Acayan, Esq., Givens & Johnston PLLC., 950 Echo Ln, Ste. 360, Houston, TX 77024;

3. The Claimant will hold the United States, including its employees, agents, and assignees, harmless for any damages or causes of action relating to this action;

4. All parties will bear their costs including attorneys' fees; and

5. Any relief not specifically granted is denied.

This is a Final Judgment.

Signed on Dec 30, 2010

David Hittner
United States District Judge

Agreed as to form and substance:

Blessing Isiguzo, Claimant

Joseph Albert Acayan, Esq.
Attorney for Claimant

s/ Albert Ratliff
Albert Ratliff, Assistant U.S. Attorney